**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **JUANITA L. SLAUGHTER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.** |
| | § | **4:26-CV-00008-JMV** |
| | § | |
| **FRANK BISIGNANO,** | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING UNOPPOSED MOTION TO REVERSE WITH REMAND AND**
**ENTER JUDGMENT**

On this date came for consideration Defendant's Unopposed Motion To Reverse With Remand And Enter Judgment [Doc. No. 17] and supporting memorandum [Doc. No. 18], and the Court being advised of the premises is of the opinion that said Motion should be granted. It is therefore

ORDERED that the unfavorable final decision denying Plaintiff's claims shall be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon remand, an ALJ will offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

*/s/ Jane M. Virden*
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE